AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Brian J. Cole, Jr.<br><br>*Defendant(s)* | Case: 1:25-mj-00276<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 12/3/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 5, 2021__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(d) | Explosive Device - transportation in interstate commerce with intent to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property |
| 18 U.S.C. § 844(i) | Explosive Device -malicious destruction or attempted malicious destruction by means of fire and explosive materials |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

_____ Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/03/2025

_____
Judge's signature

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Jud
Printed name and title