UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                               ) | Case: 1:25-mj-00276 (MAU) |
| ) | |
| BRIAN J. COLE, Jr.          ) | |
| _____) | |

**NOTICE OF APPEARANCE**

Please note the appearance of the undersigned as retained counsel for Defendant, Brian Cole, Jr.

Dated: December 5, 2025                                      Respectfully Submitted,


*/s/ John M. Shoreman*
John M. Shoreman  (D.C. Bar 407626)
HDR Law Firm
3480 Peachtree Road. NE (2nd Floor)
Atlanta, GA  30326
(571) 296-8450
jms@mcfaddenshoreman.com