UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 25-mj-276 |
| BRIAN J. COLE, JR., | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Government's motion to continue detention hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled detention hearing on December 15, 2025, be continued to December 30, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between December 15, 2025, and December 30, 2025, shall be automatically excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Date: December 11, 2025

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE