UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 1:25-mj-00276 (MAU) |
| v. | : | |
| | : | |
| **BRIAN J. COLE, JR.** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

On consideration of Defendant's Motion for an Order to Allow Professional, In-Person Visits at the Rappahannock Regional Jail ("RRJ"). RRJ requires a court order to comply with its internal procedures regarding professional visitation. The Defendant is presently detained at the RRJ. For good cause shown, it is hereby ORDERED that the following mental health professionals shall be allowed to visit Defendant on the dates shown: Dr. Clifford Sussman and Dr. David Black, December 18 and 19, 2025, respectively.

Dated:

_____

U.S. MAGISTRATE JUDGE